1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
7

8                                          )    Case #3:19-cv-00724
                                           )
9   Alice Wieland                          )
                                           )
10              Plaintiff(s),              )    **VERIFIED PETITION FOR**
                                           )    **PERMISSION TO PRACTICE**
11      vs.                                )    **IN THIS CASE ONLY BY**
                                           )    **ATTORNEY NOT ADMITTED**
                                           )    **TO THE BAR OF THIS COURT**
12  Board of Regents of the Nevada System of )  **AND DESIGNATION OF**
    Higher Education                       )    **LOCAL COUNSEL**
13                                         )
                                           )
14              Defendant(s).              )
                                           )    FILING FEE IS $250.00
15

16          Gary Marshall Gilbert          , Petitioner, respectfully represents to the Court:
            (name of petitioner)
17
        1.      That Petitioner is an attorney at law and a member of the law firm of
18
                        Gilbert Employment Law, P.C.
19                              (firm name)

20  with offices at                   1100 Wayne Ave, Ste. 900                       ,
                                          (street address)
21
            Silver Spring          ,          Maryland          ,       20910       ,
22             (city)                           (state)                (zip code)

23          (301) 608-0880          ,    gary-efile@gelawyer.com          .
        (area code + telephone number)         (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
                    Alice Wieland                   to provide legal representation in connection with
26                   [client(s)]

27  the above-entitled case now pending before this Court.

28
                                                                          Rev. 5/16

3.      That since _____11/19/1980_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Maryland_____
                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | April 18, 2011 | 279337 |
| Court of Appeals for the Federal Circuit | 03/10/2008 | |
| Court of Appeals for the Fourth Circuit | 06/30/2008 | |
| Court of Appeals for the Fifth Circuit | 12/18/2014 | |
| U.S. District Court of Maryland | 03/01/1985 | 15808 |
| U.S. District Court of District of Columbia | 12/01/2008 | MD15808 |
| State of Florida | 05/23/1985 | 472026 |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Maryland, Florida

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Maryland_____ )
                                )
COUNTY OF ____Montgomery____ )

_____Gary M. Gilbert_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__26__ day of __February__, __2020__.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __James P. Kemp__,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__7435 W. Azure Drive, Suite 110__.
              (street address)

__Las Vegas__, __NV__, __89130__.
   (city)          (state)      (zip code)

__702-258-1183__, __jp@kemp-attorneys.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James P. Kemp_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ James P. Kemp attorney of record for Alice Wieland
(party's signature)

Alice Wieland
(type or print party name, title)

_Alice M. Wieland, PhD_
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ James P. Kemp
Designated Resident Nevada Counsel's signature

6375                          jp@kemp-attorneys.com
Bar number                    Email address

APPROVED:

Dated: this _6th_ day of _March_____, 20_20_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida     )

County of Leon     )

In Re:   0472026
Gary Marshall Gilbert
Gary Gilbert
Law Offices of Gary M. Gilbert As 1100 Wayne
Ave Ste 900
Silver Spring, MD 20910-5645

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **May 23, 1985**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **February, 2020**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-73816



# Court of Appeals
# of Maryland
### Annapolis, MD

Received
on

FEB 20 2020

Gilbert Employment
Law P.C.



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of November, 1980,*

## Gary Marshall Gilbert

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of February, 2020.*

*Clerk of the Court of Appeals of Maryland*