JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com

GARY M. GILBERT, ESQ.
Admitted Pro Hac Vice
THOMAS J. GAGLIARDO, ESQ.
Admitted Pro Hac Vice
GILBERT EMPLOYMENT LAW
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 | f. 301.608.0881
e. tgagliardo@GELawyer.com
gary@GELawyer.com

Attorneys for Plaintiff ALICE WIELAND

```
                    FILED         RECEIVED
                    ENTERED       SERVED ON
                    COUNSEL/PARTIES OF RECORD

                       MAR 16 2020

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:                       DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

ALICE WIELAND,

               Plaintiff,

vs.

BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada;

               Defendants.

Case No.: 3:19-cv-724-MMD-CLB

STIPULATION AND [PROPOSED] ORDER TO PERMIT REMOTE PARTICIPATION IN EARLY NEUTRAL EVALUATION AND FOR RELIEF FROM PARTICIPATION IN EARLY NEUTRAL EVALUATION

(First Request)

The parties to this action, by and through their respective attorneys, hereby stipulate as follows:

1. With the Court's permission the parties agree to proceed with the Early Neutral Evaluation session, presently scheduled for March 25, 2020, without the physical presence of Thomas J. Gagliardo, who shall be available by telephone or video conferencing as ordered by the Court.

1

This stipulation is necessitated by the fact that Mr. Gagliardo has been advised not to travel long distance by air because he is more than 60 years of age.

2. The parties further stipulate that Gary M. Gilbert, Esq. may be excused from attending the ENE as he has another pressing matter to attend to and his presence would be redundant as Ms. Wieland will have both Mr. Kemp (in person) and Mr. Gagliardo representing her at the ENE and Ms. Wieland, who has ultimate settlement authority, will be personally present as well.

Dated: March 13, 2020

/s/ James P. Kemp
James P. Kemp, Esq.
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/ 258-6983 fax
Attorney for Plaintiff Alice Wieland

Dated: March 13, 2020

/s/ Melissa P. Barnard
Melissa P. Barnard, Esq.
UNIVERSITY OF NEVADA RENO
1664 N. Virginia Street/MS550
Reno, NV 89557-0550
(775) 784-3492/ (775) 327-2202 fax
Attorney for Defendant NSHE

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3/16/20