```
                    ___✓___ FILED        _____ RECEIVED
                    _____ ENTERED      _____ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                              MAY 11 2020

                         CLERK US DISTRICT COURT
                           DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALICE WIELAND,                     )
                                   )   CASE NO. 3:19-cv-00724-MMD-CLB
           Plaintiff,              )
                                   )
vs.                                )   **MINUTE ORDER RE:**
                                   )   **IN-PERSON HEARING**
BOARD OF REGENTS OF THE            )
NEVADA SYSTEM OF HIGHER            )
EDUCATION,                         )
                                   )
           Defendant.              )
_____)

IT IS HEREBY ORDERED that an **in-person Early Neutral Evaluation** will be conducted on **TUESDAY, JULY 14, 2020 at 9:00 A.M.**, before Magistrate Judge Robert A. McQuaid, Jr., Fifth Floor Chambers, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, Reno, Nevada.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, chairs, tables, and microphones that have been utilized will be cleaned after each hearing. Counsel are encouraged to bring disinfectant wipes to clean the surface areas utilized to their own comfort level as well.

- Hearing attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

- Documents that will be referenced or utilized during a hearing must be emailed to the Courtroom Deputy and any other necessary recipient (e.g., opposing counsel, defendant) at least 24 hours before the hearing.

MNUTE ORDER IN CHAMBERS - 1

- Any necessary signed documents must be filed at least one day before the scheduled hearing as required by General Order 2020-05.

**If you do not feel well, contact the Courtroom Deputy immediately to reschedule this hearing or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection. Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

Dated this 11th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

MNUTE ORDER IN CHAMBERS - 2