JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com

GARY M. GILBERT, ESQ.
Admitted Pro Hac Vice
THOMAS J. GAGLIARDO, ESQ.
Admitted Pro Hac Vice
KATHRYN BLACK, ESQ
Admitted Pro Hac Vice
GILBERT EMPLOYMENT LAW
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 | f. 301.608.0881
e. tgagliardo@GELawyer.com
   gary@GELawyer.com
   kblack@GELawyer.com
Attorneys for Plaintiff ALICE WIELAND

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALICE WIELAND, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:19-cv-00724-MMD-CLB |
| vs. | ) |
| | ) **KATHRYN BLACK'S MOTION TO** |
| BOARD OF REGENTS OF THE NEVADA | ) **WITHDRAW AS COUNSEL** |
| SYSTEM OF HIGHER EDUCATION, a | ) |
| political subdivision of the State of Nevada; | ) |
| | ) |
| Defendant. | ) |

Attorney Kathryn Black hereby files this motion pursuant to Local Rule IA 11-6 requesting leave to withdraw her appearance for the Plaintiff in the above captioned case. Plaintiff will continue to be represented by James P. Kemp, Esq., Gary M. Gilbert Esq., and Thomas J. Gagliardo, Esq. This

1

will not cause a delay in case processing or prejudice the Plaintiff. Therefore, for good reason shown, the undersigned respectfully requests the Court enter her withdrawal from this matter.

Respectfully submitted,

IT IS SO ORDERED.

*/s/Kathryn Black*

Dated: February 16, 2021

Kathryn Black
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
kblack-efile@gelawyer.com

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of KATHRYN BLACK'S MOTION TO WITHDRAW AS COUNSEL was served on the following as indicated:

All Parties Registered
Through the CM/ECF system.

And via U.S. Mail to:

Alice Wieland
<u>3 Damon Lane</u>
<u>Yonkers, NY 10705</u>

        DATED February 2, 2021

*/s/Kathryn Black*
An employee of GILBERT EMPLOYMENT LAW

2