**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICE WIELAND,<br><br>                              Plaintiff,<br><br>    v.<br><br>BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION,<br><br>                              Defendant. | 3:19-CV-0724-MMD-CLB<br><br>**ORDER** |

The court has reviewed the notice of discovery dispute filed by the plaintiff (ECF No. 59) and defendant's response (ECF No. 61). According to Defendant's Responses, it appears Plaintiff's Notice includes a discovery issue that Defendant believed was not an issue or had been previously resolved. In addition, Defendant describes issues related to the discovery requests detailed in Plaintiff's Notice that relate to confidentiality and/or privacy concerns involving third parties. Based on these issues, the court orders full briefing on Plaintiff's Notice. Therefore, Plaintiff shall file the motion to compel on or before **May 6, 2021**. Defendant shall have until **May 20, 2021** to file an opposition, and a reply shall be due on **May 27, 2021.**

**DATED:** April 22, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**