JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com

THOMAS J. GAGLIARDO, ESQ.
Admitted Pro Hac Vice
GILBERT EMPLOYMENT LAW
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 | f. 301.608.0881
e. tgagliardo@GELawyer.com
*Attorneys for Plaintiff ALICE WIELAND*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| ALICE WIELAND, | ) |
| Plaintiff, | ) Case No.: 3:19-cv-00724-MMD-CLB |
| vs. | ) |
| BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada; | ) **STIPULATION AND ORDER REGARDING DEADLINES FOR BRIEFING REGARDING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |
| Defendants. | ) |

The parties to this matter hereby submit this stipulation and order to extend the deadlines for Plaintiff to file her Opposition to Defendant's Motion for Protective Order (filed June 24, 2021) and for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Protective Order (not yet filed). The current deadline for Plaintiff to respond to Defendant's Motion for a Protective Order is July 8, 2021 and the extended deadline stipulated and agreed to herein is July 15, 2021. The current deadline for Defendant to respond to Plaintiff's Opposition

1

to Defendant's Motion for a Protective Order is July 15, 2021, and the extended deadline stipulated and agreed to herein is July 22, 2021.

Plaintiff's counsel reached out to Defense counsel on July 7, 2021 about the need for the extension of these deadlines due to the undersigned Plaintiff's counsel's ongoing family medical issues and the limitations on his availability as a result. The parties agreed to extend both parties' respective deadlines by seven days, and the parties therefore hereby stipulate and agree that those deadlines should be extended as follows:

1. That in light of undersigned Plaintiff's counsel's representations about the limitations on his availability due to ongoing family medical issues, the parties agree to extend the deadline for Plaintiff to file her Opposition to Defendant's Motion for Protective Order from its current deadline of July 8, 2021, to an extended deadline of July 15, 2021 (a seven-day extension).

2. The parties correspondingly agree to extend the deadline for Defendant to file its reply to Plaintiff's Opposition to Defendant's Motion for Protective Order from its current deadline of July 15, 2021, to an extended deadline of July 22, 2021 (a seven-day extension).

Respectfully submitted,

Dated: July 8, 2021

/s/   James P. Kemp
James P. Kemp, Esq.
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/ 258-6983 fax
Attorney for Plaintiff Alice Wieland

Dated: July 8, 2021

/s/   Adam P. McMillen
Adam P. McMillen, Esq.
UNIVERSITY OF NEVADA RENO
1664 N. Virginia Street/MS550
Reno, NV 89557-0550
(775) 784-3492/ (775) 327-2202 fax
Attorney for Defendant NSHE

IT IS SO ORDERED.
Dated: July 9, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2

**ORDER**

**IT IS SO ORDERED.**

xxxxxxxxxxxxxxxxxxxxx
UNITED STATES MAGISTRATE JUDGE

Dated: _____