JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com

GARY M. GILBERT, ESQ.
Admitted Pro Hac Vice
THOMAS J. GAGLIARDO, ESQ.
Admitted Pro Hac Vice
GILBERT EMPLOYMENT LAW
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 | f. 301.608.0881
e. tgagliardo@GELawyer.com
   gary@GELawyer.com

Attorneys for Plaintiff ALICE WIELAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| ALICE WIELAND, | Case No.: 3:19-cv-00724-MMD-CLB |
| Plaintiff, | |
| vs. | |
| BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada; | **STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING DEADLINES** |
| Defendants. | **[FIRST REQUEST]** |

  Pursuant to LR IA 6-1 the parties, by and through their respective undersigned counsel, hereby stipulate through this FIRST REQUEST to extend the deadline for Plaintiff to file her response to Defendant's Motion for Summary Judgment (ECF No. 97) from the current deadline

1

of October 3, 2022 through and including **October 17, 2022**.  Further, Defendant's reply to Plaintiff's response shall be due on **November 10, 2022**.

The parties request approval of this stipulation by the court for the following reasons:

1. Plaintiff's counsel, Mr. Kemp, was on vacation out of the country on a long-planned cruise from September 1, 2022 through September 16, 2022 which prevented him from devoting the necessary time to work with co-counsel on this matter;

2. Plaintiff's counsel, Mr. Kemp, also has to travel to Tonopah, Nevada and Denver, Colorado for depositions in other matters on September 26 and September 28.  He then has a CLE conference at the Nevada Justice Association annual convention in Denver the remainder of next week;

This stipulation requesting an extension of time to complete summary judgment briefing is brought in good faith and not for purposes of delay.

Respectfully submitted,

Dated:  September 27, 2022                                  Dated:  September 27, 2022

/s/      James P. Kemp                                            /s/ Melissa P. Barnard
James P. Kemp, Esq.                                             Melissa P. Barnard, Esq.
KEMP & KEMP ATTORNEYS AT LAW              UNIVERSITY OF NEVADA RENO
7435 West Azure Drive, Suite 110                        1664 N. Virginia Street/MS550
Las Vegas, NV 89130                                             Reno, NV 89557-0550
(702) 258-1183/ 258-6983 fax                              (775) 784-3492/ (775) 327-2202 fax
Attorney for Plaintiff Alice Wieland                      Attorney for Defendant NSHE

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:  September 27, 2022

2