JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com

GARY M. GILBERT, ESQ.
Admitted Pro Hac Vice
THOMAS J. GAGLIARDO, ESQ.
Admitted Pro Hac Vice
GILBERT EMPLOYMENT LAW
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 | f. 301.608.0881
e. tgagliardo@GELawyer.com
   gary@GELawyer.com

Attorneys for Plaintiff ALICE WIELAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| ALICE WIELAND, | Case No.: 3:19-cv-00724-MMD-CLB |
| Plaintiff, | |
| vs. | |
| BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada; | **STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING DEADLINES** |
| Defendants. | **[SECOND REQUEST]** |

Pursuant to LR IA 6-1 the parties, by and through their respective undersigned counsel, hereby stipulate through this SECOND REQUEST to extend the deadline for Plaintiff to file her response to Defendant's Motion for Summary Judgment (ECF No. 97) from the current deadline

of October 17, 2022 through and including **October 21, 2022**. Further, Defendant's reply to Plaintiff's response shall be due on **November 21, 2022**.

The parties request approval of this stipulation by the court for the following reasons:

1. Plaintiff's counsel, Thomas J. Gagliardo, who is responsible for final drafting of the opposition has been unable to devote sufficient time to opposing the motion and is of the opinion that it cannot be completed in the five remaining days before it is due.

2. This stipulation requesting an extension of time to complete summary judgment briefing is brought in good faith and not for purposes of delay.

Respectfully submitted,

Dated: October 12, 2022                                Dated: October 12, 2022

/s/     James P. Kemp                                  /s/     Melissa P. Barnard
James P. Kemp, Esq.                                    Melissa P. Barnard, Esq.
KEMP & KEMP ATTORNEYS AT LAW                           UNIVERSITY OF NEVADA RENO
7435 West Azure Drive, Suite 110                       1664 N. Virginia Street/MS550
Las Vegas, NV 89130                                    Reno, NV 89557-0550
(702) 258-1183/ 258-6983 fax                           (775) 784-3492/ (775) 327-2202 fax
Attorney for Plaintiff Alice Wieland                   Attorney for Defendant NSHE

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
October 17, 2022
Dated: _____