AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALICE WIELAND,

        Plaintiff,

v.

BOARD OF REGENTS OF THE NEVADA
SYSTEM OF HIGHER EDUCATION,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:19-cv-00724-MMD-CLB

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** It is therefore ordered that Defendant's motion for summary judgment (ECF No. 97) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of Court **enter judgment** accordingly and **close** this case.

Date: February 16, 2023



CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk