| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 22 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ALICE WIELAND,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION,<br><br>　　　　Defendant-Appellee. | No.　23-15339<br><br>D.C. No. 3:19-cv-00724-MMD-CLB<br>District of Nevada,<br>Reno<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　Appellee's unopposed motion (Docket Entry No. 28) to file under seal Volume 6 of the supplemental excerpts of record is granted.

　　The Clerk will file publicly the answering brief (Docket Entry No. 26), Volumes 1 through 5 of the supplemental excerpts of record (Docket Entry No. 27), and the motion to seal and supporting exhibits (Docket Entry Nos. 28-1 through 28-7). The Clerk will file under seal Volume 6 of the supplemental excerpts of record (Docket Entry No. 28-8).

　　The existing briefing schedule remains in effect.