UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALICE WIELAND,<br><br>            Plaintiff-Appellant,<br><br>  v.<br><br>BOARD OF REGENTS OF THE NEVADA<br>SYSTEM OF HIGHER EDUCATION,<br><br>            Defendant-Appellee. | No.    23-15339<br><br>D.C. No.<br>3:19-cv-00724-MMD-CLB<br>District of Nevada,<br>Reno<br><br>ORDER |

The court is of the unanimous opinion that the facts and legal arguments are

adequately presented in the briefs and record and the decisional process would not

be significantly aided by oral argument.  This case shall be submitted on the briefs

and record, without oral argument, on February 15, 2024, in San Francisco,

California.  *See* Fed. R. App. P. 34(a)(2)(C).


                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT